UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 8:07-cr-260-T-24MSS

UBALDO DELGADO

    Defendant.

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the $15,537.00 in United States currency.

1.    On March 20, 2008, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Ubaldo Delgado's interest in the property identified in the Bill of Particulars, pursuant to the provisions of 21 U.S.C. § 853. (Doc. 204).

2.    On March 21, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 205), forfeiting to the United States of America all right, title, and interest of defendant Ubaldo Delgado in the $15,537.00 in United States currency.

3.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in

Hillsborough County, Florida and in the *Pasco Times*, a newspaper of general circulation in Pasco County, Florida on April 8, 2008, April 15, 2008 and April 22, 2008. The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication. The publication also requested readers to "[p]lease check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future."

4. The United States also published notice of the forfeiture on the official government website, www.forfeiture.gov, pursuant to 21 U.S.C. § 853(n), from March 24, 2008 to April 22, 2008. (Doc. 228).

5. No persons or entities, other than the defendant Ubaldo Delgado, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the subject property. No third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

6. The Court finds that the $15,537.00 in United States currency is the property of defendant Ubaldo Delgado.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $15,537.00 in United States currency is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this ___6th___ day of ___June___, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Anita M. Cream, AUSA
Attorney of Record

3